1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  JOSEPH A. FAZIOLI (ILSBN 6273413)
   Assistant United States Attorney
5
     150 Almaden Boulevard, Suite 900
6    San Jose, California 95113
     Telephone: (408) 535-5061
7    Facsimile: (408) 535-5081                    *E-FILED - 1/8/10*
     E-Mail:  joseph.fazioli@usdoj.gov
8
   Attorneys for the United States
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                           SAN JOSE DIVISION

13

14                                          )   No. CR 09-00487 RMW
   UNITED STATES OF AMERICA,                )
15                                          )   [] ORDER RESCHEDULING
          Plaintiff,                        )   STATUS CONFERENCE AND
16                                          )   EXCLUDING TIME FROM THE
      v.                                    )   SPEEDY TRIAL ACT CALCULATION
17                                          )   (18 U.S.C. § 3161(h)(8)(A))
   ALBERT HU,                               )
18                                          )
          Defendant.                        )
19                                          )

20       This matter is currently set for status on November 23, 2009.  The parties now jointly

21  request that the November 23, 2009 hearing date be reset for January 11, 2010.  The grounds for

22  the parties' request is that: (1) the defense would like additional time to receive the discovery in

23  the case; (2) the defense would like additional time to confer with the Securities and Exchange

24  Commission regarding parallel civil proceedings they have initiated against the defendant related

25  to the alleged offense conduct in the above-captioned criminal case; and (3) the parties would

26  like additional time to confer regarding a potential disposition of this case.  It is the parties'

27  understanding that the Court would be available to hear on January 11, 2010.

28       In light of the above, the parties agree, and the Court finds and holds, as follows:

STIPULATION AND [] ORDER
CR 09-00487 RMW

1. The currently November 23, 2009 hearing date is hereby vacated.

2. This matter is set for status/trial setting/disposition on January 11, 2010, at 9:00 a.m.

3. The time between November 23, 2009 and January 11, 2010 is excluded under the Speedy Trial Act. The parties agree that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. See 18 U.S.C. § 3161(h)(8)(A).

STIPULATED:

DATED:   11/19/09               /s/
                                ALEX PARK
                                Attorney for Defendant


DATED:   11/19/09               /s/
                                JOSEPH A. FAZIOLI
                                Assistant United States Attorney

IT IS SO ORDERED.

DATED:   1/8/10                 *Ronald M. Whyte*
                                RONALD M. WHYTE
                                UNITED STATES DISTRICT JUDGE