BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

*E-FILED - 7/19/10*

Counsel for Defendant HU

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-00487 RMW |
| ) | |
| Plaintiff, ) | STIPULATION AND [] |
| ) | ORDER CONTINUING STATUS |
| vs. ) | HEARING |
| ) | |
| ALBERT KE-JENG HU, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**STIPULATION**

Albert Hu and the government, by and through their respective counsel, hereby stipulate and agree that the status hearing currently set for Monday, July 19, 2010 may be continued to Monday, August 23, 2010 at 9:00 a.m.  The reason for the requested continuance is that the additional discovery contemplated at the last status hearing in this matter has not yet been received from the Securities and Exchange Commission, the government has indicated that it also has additional discovery which it will soon provide in response to a defense request, and defense counsel has a previously unanticipated scheduling conflict on the currently scheduled hearing date.

Mr. Hu and the government further stipulate that 35 days may be excluded from the time within which trial shall commence, as the reasonable time necessary for effective defense preparation and continuity of counsel, taking into account the exercise of due diligence, pursuant

to Title 18, United States Code Section 3161(h)(7)(A) and (h)(7)(B)(iv).

Dated: July 15, 2010

                                           s/_____
                                           JOSEPH FAZIOLI
                                           Assistant United States Attorney

Dated: July 8, 2010

                                           s/_____
                                           CYNTHIA C. LIE
                                           Assistant Federal Public Defender

## [] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status hearing currently set for Monday, July 19, 2010, shall be continued to Monday, August 23, 2010 at 9:00 a.m.

It is further ordered that 35 days shall be excluded from the time within which trial shall commence under the Speedy Trial Act, as the reasonable time necessary for effective defense preparation, taking into account the exercise of due diligence, pursuant to Title 18, United States Code Section 3161(h)(7)(A) and (h)(7)(B)(iv).

Dated: July 19, 2010

                                           *Ronald M. Whyte*
                                           _____
                                           HON. RONALD M. WHYTE
                                           United States District Judge