BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant HU

*E-FILED - 11/30/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ALBERT KE-JENG HU,<br><br>        Defendant. | No. CR 09-00487 RMW<br><br>STIPULATION AND []<br>ORDER VACATING INTERIM STATUS HEARING |

**STIPULATION**

Albert Hu and the government, by and through their respective counsel, hereby stipulate and agree that the status hearing currently set for Monday, November 1, 2010, at 9:00 a.m. may be vacated, leaving the final pretrial conference as scheduled for Thursday, April 14, 2011, at 2:00 p.m., with trial to commence Monday, April 25, 2011.

Dated: October 28, 2010

                                                          s/_____
                                                          JOSEPH FAZIOLI
                                                          Assistant United States Attorney

Dated: October 26, 2010

                                                          s/_____
                                                          CYNTHIA C. LIE
                                                          Assistant Federal Public Defender

## [] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the interim status hearing currently set for Monday, November 1, 2010, shall be vacated.

All other scheduled dates shall remain in full force and effect.

Dated: November 1, 2010

*Ronald M. Whyte*
_____
HON. RONALD M. WHYTE
United States District Judge