1  JERRY Y. FONG, ESQ. (SBN 99673)
   CAREY & CAREY
2  706 COWPER STREET
   P.O. BOX 1040
3  PALO ALTO, CA  94302-1040
   650/328-5510
4  650/853-3632 fax
   jf@careyandcareylaw.com
5
   Attorneys for Defendant ALBERT KEJENG HU
6

7

8              UNITED STATES DISTRICT COURT

9         FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11
   UNITED STATES OF AMERICA,      )   CASE NO.   CR 09-00487 RMW
12                                )
        Plaintiff,                )   STIPULATION OF THE PARTIES TO
13                                )   REQUEST THAT THE PRETRIAL
   vs.                            )   CONFERENCE BE CONTINUED TO
14                                )   5/10/12, FROM 5/03/12, & [ ]
   ALBERT KEJENG HU,              )   ORDER RE SAME.
15                                )
        Defendant.                )   Trial Date:  June 4, 2012
16                                )   Time:        1:30 p.m.
                                  )   Judge:       Hon. Ronald M. Whyte
17

18

19       Plaintiff United States of America and Defendant Albert Hu, through their respective

20  counsel, hereby enter into the following stipulation, to request that the Court continue the

21  Pretrial Conference of this case, from May 3, 2012, at 2:00 p.m., to May 10, 2012, at 4:52

22  p.m.

23       Specifically, Defendant's counsel, Jerry Y. Fong, is requesting this continuance

24  because a scheduling conflict has arisen, requiring him to be flying to the East Coast on May

25  3, 2012 (in order to appear in court in New York on May 4, 2012), the current date of the

26  pretrial conference.  Accordingly, the parties are jointly requesting that the Court continue

27  the pretrial conference from May 3, 2012, at 2:00 p.m. to May 10, 2012, at 4:52 p.m.  The

28  trial date remains on June 4, 2012, at 1:30 p.m.

1     It is so stipulated.

4 DATED: April 10, 2012         /S/
5     by JERRY Y. FONG, Attorney for Defendant ALBERT KEJENG HU

8 DATED: April 10, 2012         /S/
9     by JOSEPH FAZIOLI, Attorney for Plaintiff UNITED STATES OF AMERICA

12         <u>ORDER</u>

13     Pursuant to the parties' stipulation and good cause appearing herein, it is hereby ordered that the Pretrial Conference scheduled on May 3, 2012, at 2:00 p.m. shall be continued to May 10, 2012, at 4:52 p.m. It is so ordered.

18 DATED: "7 14 134         *Ronald M. Whyte*
19     JUDGE OF THE UNITED STATES DISTRICT COURT