UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CASE NO. CR 09-00487 RMW                                Trial Date:  June 4, 2012

**United States v. Albert Ke-Jung Hu**

The United States may offer the exhibits set forth on the list that follows at the trial of this case.

As the United States is continuing to investigate this matter and serving trial subpoenas for documents as well as testimony, the United States also respectfully requests the right to supplement or amend the attached list as appropriate and necessary in advance of or during the course of trial.

# THIRD AMENDED
# EXHIBIT LIST

( X ) United States            (   ) Defendant

| Exhibit Number | Date Marked | Date Admitted | Description | Bates Range |
|---|---|---|---|---|
| 1 | | | Asenqua audited financial statements December 31, 2004 | HU 37 - HU 43 |
| 2 | | | Asenqua Beta Fund, L.P. Subscription Booklet | HU 45 - HU 77 |
| 3 | | | Asenqua Beta Fund Account Statement Fu-Yuan Lin April 17, 2005 | DP 79A - HU 80A |
| 4 | | | Asenqua Beta Fund Account Statement Fu-Yuan Lin July 28, 2005 | HU 82A - HU 83A |
| 5 | | | Fireside LS Fund, Ltd Subscription Booklet | HU 85 - HU 116 |
| 6 | | | Fireside LS Fund Account Statement Fu-Yuan Lin January 1, 2006 | HU 118A |
| 7 | | | Fireside LS Fund Account Statement Fu-Yuan Lin July 27, 2006 | HU 120A - HU 121A |

| Exhibit Number | Date Marked | Date Admitted | Description | Bates Range |
|---|---|---|---|---|
| 8 | | | Fireside LS Fund<br>Account Statement<br>Fu-Yuan Lin<br>April 19, 2007 | HU 123 - HU 124 |
| 9 | | | Fireside LS Fund<br>Account Statement<br>Fu-Yuan Lin<br>June 30, 2007 | HU 126A - HU 127A |
| 10 | | | Fireside LS Fund<br>Account Statement<br>Fu-Yuan Lin<br>September 30, 2007 | HU 633A - HU 634A |
| 11 | | | Fireside LS Fund<br>Account Statement<br>Fu-Yuan Lin<br>December 31, 2007 | HU 636A - HU 637A |
| 12 | | | Fireside LS Fund<br>Private Placement Memorandum<br>June 30, 2005 | HU 141 - HU 179 |
| 13 | | | Fireside LS Fund<br>Subscription Booklet | HU 181 - HU 211 |
| 14 | | | Fireside LS Fund<br>Account Statement<br>Verdiell Family Trust<br>May 2, 2007 | HU 213A |
| 15 | | | Fireside LS Fund<br>Account Statement<br>Verdiell Family Trust<br>June 30, 2007 | HU 215A |
| 16 | | | Fireside LS Fund<br>Account Statement<br>Verdiell Family Trust<br>September 30, 2007 | HU 217A |
| 17 | | | Fireside LS Fund<br>Account Statement<br>Verdiell Family Trust<br>December 31, 2007 | HU 219A |
| 18 | | | Fireside LS Fund<br>Account Statement<br>Verdiell Family Trust<br>March 31, 2008 | HU 221A |
| 19 | | | Lease Agreement<br>August 7, 2006 | HU 228A - HU 230A |
| 20 | | | Embarcadero Center Invoice<br>November 17, 2004 | HU 232 |

| Exhibit Number | Date Marked | Date Admitted | Description | Bates Range |
|---|---|---|---|---|
| 21 | | | Embarcadero Center Invoice<br>April 14, 2007 | HU 234 |
| 22 | | | UBS Wire Transfer<br>February 23, 2005 | HU 263 |
| 23 | | | Fidelity Wire Transfer | HU 267 |
| 24 | | | Written Authorization and Instruction in connection with $2,000,000 wire transfer to Credit Suisse Singapore<br>c/o Fireside Capital Management<br>March 27, 2007 | HU 268A - HU 269A |
| 25 | | | Merrill Lynch Wire Transfer Records<br>February 8, 2005 ($100,000)<br>July 6, 2005 ($250,000)<br>Jun 19, 2007 ($250,000) | HU 274 |
| 26 | | | Asenqua Receipt<br>Transfer of $100,000 from Fu-Yuan Lin Trust to Asenqua Beta Fund<br>February 10, 2005 | HU 613 |
| 27 | | | Asenqua Beta Fund<br>Account Statement<br>Fu-Yuan Lin Trust<br>February 23, 2005 | HU 614 |
| 28 | | | Asenqua Receipt<br>Transfer of $250,000 from Fu-Yuan Lin Trust to Asenqua Beta Fund<br>July 8, 2005 | HU 615 |
| 29 | | | Asenqua Beta Fund<br>Fund Name Change<br>October 25, 2005 | HU 620 |
| 30 | | | Asenqua Beta Fund<br>Fund Withdrawal Agreement<br>$562,331.82 | HU 621 |
| 31 | | | Fireside LS Fund<br>Account Statement<br>ATOP All Investment, Ltd.<br>January 27, 2006 | HU 622 |
| 32 | | | Cathay Bank<br>Returned Check Payable to Fu-Yuan Lin in the Amount of $7,050.41 | HU 628A |
| 33 | | | Cathay Bank<br>Returned Check Payable to Fu-Yuan Lin in the Amount of $4,000.00 | HU 629A |

| Exhibit Number | Date Marked | Date Admitted | Description | Bates Range |
|---|---|---|---|---|
| 34 | | | Cathay Bank<br>Returned Check Payable to Bob Lin in the Amount of $6,381.50 | HU 630A |
| 35 | | | Wire Instructions/Authorization<br>Fu-Yuan Lin<br>$250,0000 to Credit Suisse Singapore<br>c/o Fireside Capital Management<br>June 18, 2007 | HU 635 |
| 36 | | | Withdrawal/Account Closing Form<br>Fu-Yuan Lin<br>November 26, 2007 | HU 638 |
| 37 | | | Asenqua Capital Management<br>PowerPoint Slides<br>November 2004<br>Presented to Fu-Yuan Lin | HU 704A- HU 730A |
| 38 | | | Asenqua Ventures Members Fund, L.P.<br>Limited Partnership Agreement<br>Fu-Yuan Lin Trust | HU 732- HU 756 |
| 39 | | | Email dated March 17, 2005 re "Asenqua Ventures Members Fund" | HU 757 |
| 40 | | | Email dated April 28, 2005 re "Wiring Info" | HU 758 |
| 41 | | | Cathay Bank<br>Wire Transfer Order<br>Fu-Yuan Lin Trust<br>April 28, 2005 | HU 759- HU 761 |
| 42 | | | Asenqua Ventures Members Fund, L.P.<br>Limited Partnership Agreement<br>Fu-Yuan Lin Trust<br>"$75,000 Investment" | HU 762 - HU 784 |
| 43 | | | Asenqua Brochure Page | HU 785A |
| 44 | | | Asenqua Capital Management<br>PowerPoint Slides<br>September 2004<br>Presented to Fu-Yuan Lin | HU 786A- HU 812A |
| 45 | | | Asenqua Capital Management<br>PowerPoint Slides<br>November 2004<br>Presented to Fu-Yuan Lin | HU 813A - HU 839A |
| 46 | | | Asenqua Capital Management<br>Marketing Brochure<br>Presented to Fu-Yuan Lin | HU 840- 845 |
| 47 | | | Asenqua Capital Management<br>Management Team Brochure<br>Presented to Fu-Yuan Lin" | HU 846A - 854A |

| Exhibit Number | Date Marked | Date Admitted | Description | Bates Range |
|---|---|---|---|---|
| 48 | | | Asenqua Audited Financial Statements<br>December 31, 2004 | HU 858A - HU 864A |
| 49 | | | Asenqua Funds<br>Account Statement<br>Andy Yan<br>December 31, 2004 | HU 865A - 867A |
| 50 | | | Asenqua Receipt<br>$190,000 Received from Andy Yan<br>September 27, 2002 | HU 868A |
| 51 | | | Asenqua Receipt<br>$20,000 Received from Andy Yan<br>August 1, 2006 | HU 869A |
| 52 | | | Asenqua Receipt<br>$10,000 Received from Andy Yan<br>September 23, 2002 | HU 870A |
| 53 | | | Amendment to Asenqua Beta Fund<br>Private Placement Memorandum and<br>Subscription Agreement<br>September 22, 2005 | HU 873A |
| 54 | | | Wire Instructions<br>Credit Suisse Singapore<br>c/o Fireside Capital Management<br>October 23, 2007 | HU 874A |
| 55 | | | Fireside LS Funds<br>Account Statement<br>December 31, 2007<br>Andy Yan | HU 875A- HU 878A |
| 56 | | | Asenqua Funds Investors<br>Wire Instructions<br>Andy Yan/Wells Fargo Bank | HU 879A |
| 57 | | | Asenqua MS Fund/Bear Stearns<br>Receipt for Investment of $233,133.33<br>Andy Yan<br>April 21, 2003 | HU 880A; HU 885A |
| 58 | | | Asenqua IRA Application<br>Andy Yan<br>April 10, 2003 | HU 881A - HU 883A |
| 59 | | | Asenqua Letter<br>From Anthony Pollace to<br>Andy Yan<br>March 7, 2003 | HU 884A |
| 60 | | | Asenqua Multi Strategy Fund, L.P.<br>Private Placement Memorandum<br>April 15, 2003 | HU 886A - HU 925A |

| Exhibit Number | Date Marked | Date Admitted | Description | Bates Range |
|---|---|---|---|---|
| 61 | | | Asenqua Multi-Strategy Fund, L.P. Subscription Booklet<br>Andy Yan | HU 926A - HU958A |
| 62 | | | Asenqua Beta Fund Subscription Booklet<br>Andy Yan | HU 959A - HU 987A |
| 63 | | | Asenqua/Fireside Investment Documents<br>Nai-Fen Doong | HU 993A – HU 1050A;<br>HU 1075A - HU 1141A |
| 64 | | | Letter from Rachael Meny to Hu, Danesh, Bon, Pollace,<br>October 17, 2008 | HU 1176 - HU 1179 |
| 65 | | | Fireside LS Fund, L.P.<br>Private Placement Memorandum<br>June 30, 2005 | HU 1181 - HU 1219 |
| 66 | | | Withdrawal/Closing Form<br>Verdiell Family Trust<br>March 14, 2008 | HU 1260 |
| 67 | | | Email dated September 18, 2008 re "Withdrawal" | HU 1261 - HU 1262 |
| 68 | | | Email dated March 11, 2008 re "Meeting" | HU 1264 |
| 69 | | | Email dated March 13, 2008 re "Meeting" | HU 1265 |
| 70 | | | Email dated March 13, 2008 re "Withdrawal" | HU 1266 - HU 1267 |
| 71 | | | Email dated March 17, 2008 re "Withdrawal Form Marc Vedeill" | HU 1268- HU 1269 |
| 72 | | | Email dated March 19, 2008 re "RE: Withdrawal form" | HU 1270 - HU 1271 |
| 73 | | | Email dated April 1, 2008 re "K-1' | HU 1272 - HU 1274 |
| 74 | | | Email dated April11, 2008 re "Asenqua view on subprime . . ." | HU 1275 - HU 1276 |
| 75 | | | Email dated May 12, 2008 re "RE: K-1 re-send" | HU 1277 |
| 76 | | | Email dated May 28, 2008 re "RE: K-1" | HU 1278 |
| 77 | | | Email dated June 2, 2008 re "RE: K-1" | HU 1279 |
| 78 | | | Email dated June 7, 2008 re "RE: K-1" | HU 1281 - HU 1282 |
| 79 | | | Email dated June 27, 2008 re "RE: K-1" | HU 1283 - HU 1285 |
| 80 | | | Email dated June 30, 2008 re "RE: K-1" | HU 1286- HU 1289 |
| 81 | | | Email dated July 15, 2008 re "RE: K-1" | HU 1290 -HU 1293 |
| 82 | | | Email dated July 16, 2008 re "RE: K-1" | HU 1294 - HU 1297 |

| Exhibit Number | Date Marked | Date Admitted | Description | Bates Range |
|---|---|---|---|---|
| 83 | | | Email dated July 19, 2008 re "RE: K-1" | HU 1298- HU 1302 |
| 84 | | | Email dated July 24, 2008 re "RE: K-1" | HU 1303 - HU 1307 |
| 85 | | | Email dated August 6, 2008 re "Meeting with Albert Hu Re: k-1" | HU 1308 |
| 86 | | | Email dated August 7, 2008 re "Meeting with Albert Hu Re: k-1" | HU 1309 - HU 1310 |
| 87 | | | Email dated July 24, 2008 re "RE: K-1" | HU 1311 |
| 88 | | | Email dated August 12, 2008 re "RE: Meeting with Albert Hu Re: k-1" | HU 1312 - HU 1313 |
| 89 | | | Email dated August 18, 2008 re "RE: Meeting with Albert Hu Re: k-1" | HU 1314 - HU 1315 |
| 90 | | | Email dated September 3, 2008 re "RE: Meeting" | HU 1316 |
| 91 | | | Email dated September 3, 2008 re "Meeting" | HU 1317 |
| 92 | | | Email dated September 3, 2008 re "RE: Meeting" | HU 1318 |
| 93 | | | Email dated September 4, 2008 re "RE: Meeting" | HU 1319 - HU 1320 |
| 94 | | | Email dated September 4, 2008 re "Re: Touch Base" | HU 1321 - HU 1323 |
| 95 | | | Email dated September 7, 2008 re "RE: Meeting with Albert Hu from Asenqua" | HU 1324 - HU 1326 |
| 96 | | | Email dated September 9, 2008 re "RE: Meeting with Albert Hu from Asenqua" | HU 1327 -HU 1328 |
| 97 | | | Email dated September 9, 2008 re "RE: Meeting with Albert Hu from Asenqua" | HU 1329 |
| 98 | | | Email dated September 15, 2008 re "RE: Meeting with Albert Hu from Asenqua" | HU 1330 |
| 99 | | | Email dated September 15, 2008 re "RE: Meeting with Albert Hu from Asenqua" | HU 1331 |
| 100 | | | Email dated September 17, 2008 re "RE: Meeting with Albert Hu from Asenqua" | HU 1332 - HU 1333 |
| 101 | | | Email dated September 17, 2008 re "RE: Meeting with Albert Hu from Asenqua" | HU 1334 - HU 1335 |
| 102 | | | Email dated September 18, 2008 re "Comment on Financial Turmoil" | HU 1336 |
| 103 | | | Asenqua Fund Performance | HU 1342 |

| Exhibit Number | Date Marked | Date Admitted | Description | Bates Range |
|---|---|---|---|---|
| 104 | | | Wiring Instructions for Asenqua Fund Partners | HU 1343 - HU 1344; HU 1348 |
| 105 | | | Asenqua Alpha Fund Investment Agreement Zhou Ye January 7, 2003 | HU 1345- HU 1347 |
| 106 | | | AsenQua Alpha Fund Account Statement Joe Ye January 31, 2003 | HU 1349A |
| 107 | | | Receipt $250,000 from Joe Ye into Asenqua Alpha Fund January 30, 2003 | HU 1350 |
| 108 | | | AsenQua Alpha Fund Account Statement Joe Ye March 31, 2003 | HU 1351A |
| 109 | | | AsenQua Alpha Fund Account Statement Joe Ye June 30, 2003 | HU 1352A |
| 110 | | | AsenQua Alpha Fund Investment Agreement Joe Ye August 15, 2003 | HU 1353 |
| 111 | | | AsenQua Alpha Fund Investment Agreement Joe Ye August 15, 2003 Handwritten Notations | HU 1354 |
| 112 | | | Fax from UST Starcom Inc Taiwan to James Zhang, date September 5, 2003 | HU 1355 - HU 1356 |
| 113 | | | AsenQua Alpha Fund Receipt Joe Ye September 8, 2003 | HU 1357A |
| 114 | | | AsenQua Alpha Fund Account Statement Joe Ye December 31, 2003 | HU 1358 - HU 1359 |
| 115 | | | Letter from Albert Hu to Joe Ye undated | HU 1360 |

| Exhibit Number | Date Marked | Date Admitted | Description | Bates Range |
|---|---|---|---|---|
| 116 | | | Asenqua Alpha Fund<br>Audited Financial Statements<br>December 31, 2004 | HU 1361 - HU 1366 |
| 117 | | | AsenQua Alpha Fund<br>Account Statement<br>Joe Ye<br>March 31, 2004 | HU 1367 - HU 1368 |
| 118 | | | AsenQua Alpha Fund<br>Account Statement<br>Joe Ye<br>September 30, 2004 | HU 1369 – HU 1370 |
| 119 | | | AsenQua Alpha Fund<br>Account Statement<br>Joe Ye<br>December 31, 2004 | HU 1371 - HU 1372 |
| 120 | | | AsenQua Alpha Fund<br>Account Statement<br>Joe Ye<br>March 31, 2005 | HU 1373 - HU 1374 |
| 121 | | | AsenQua Alpha Fund<br>Account Statement<br>Joe Ye<br>June 30, 2005 | HU 1375 - HU 1376 |
| 122 | | | AsenQua Alpha Fund<br>Account Statement<br>Joe Ye<br>September 30, 2005 | HU 1377 - HU 1378 |
| 123 | | | Letter from Albert Hu to Joe Ye,<br>dated November 11, 2005 | HU 1379 |
| 124 | | | Asenqua Alpha Fund<br>Fund Name Change and Management Firm Transfer Agreement<br>December 19, 2005 | HU 1380 |
| 125 | | | Fireside LS Fund<br>Account Statement<br>Joe Ye<br>December 31, 2005 | HU 1381 - HU 1382 |
| 126 | | | Fireside LS Fund<br>Account Statement<br>Joe Ye<br>March 31, 2006 | HU 1383 - HU 1384 |
| 127 | | | Fireside LS Fund<br>Account Statement<br>Joe Ye<br>June 30, 2006 | HU 1385 - HU 1386 |

| Exhibit Number | Date Marked | Date Admitted | Description | Bates Range |
|---|---|---|---|---|
| 128 | | | Fireside LS Fund<br>Account Statement<br>Joe Ye<br>September 30, 2006 | HU 1387A - HU 1388A |
| 129 | | | Withdrawal Form<br>Joe Ye<br>November 24, 2006 | HU 1389 |
| 130 | | | Fireside LS Fund<br>Account Statement<br>Joe Ye<br>December 31, 2006 | HU 1390 - HU 1392 |
| 131 | | | Fireside LS Fund<br>Account Statement<br>Joe Ye<br>March 31, 2007 | HU 1393A - HU 1394A |
| 132 | | | Fireside LS Fund<br>Account Statement<br>Joe Ye<br>June 30, 2007 | HU 1395A - HU 1396A |
| 133 | | | Fireside LS Fund<br>Account Statement<br>Joe Ye<br>September 30, 2007 | HU 1397A- HU 1399A |
| 134 | | | Withdrawal Form<br>Joe Ye<br>November 26, 2007 | HU 1400 |
| 135 | | | Fireside LS Fund<br>Account Statement<br>Joe Ye<br>December 31, 2007 | HU 1401A - HU 1403A |
| 136 | | | Asenqua Ventures Members Fund, L.P.<br>Joe Ye | HU 1405 - HU 1431 |
| 137 | | | Asenqua Alpha Fund<br>Prospectus<br>July 1, 2002 | HU 1432 - HU 1439 |
| 138 | | | Email dated December 3, 2008 re "RE: investment fund side" | HU 1440 - HU 1441 |
| 139 | | | Email dated October 17, 2008 re "Re: what's going on here" | HU 1443 |
| 140 | | | Email dated September 19, 2008 re "RE: Comment on Financial Turmoil" | HU 1444 - HU 1445 |
| 141 | | | Email dated September 4, 2008 re "Re: Touch base" | HU 1447 - HU 1449 |

| Exhibit Number | Date Marked | Date Admitted | Description | Bates Range |
|---|---|---|---|---|
| 142 | | | Email dated August 27, 2008 re "Re: any updates" | HU 1450 |
| 143 | | | Email dated August 2, 2008 re "RE: Reporting to you on progress" | HU 1451 - HU 1452 |
| 144 | | | Email dated July 15, 2008 re "Re: any news" | HU 1454 |
| 145 | | | Email dated June 22, 2008 re "Re: Any progress" | HU 1455 |
| 146 | | | Email dated May 31, 2008 re "Progress" | HU 1456 |
| 147 | | | Email dated May 4, 2008 re "Re: Will be traveling to the States" | HU 1457 |
| 148 | | | Email dated April 21, 2008 re "update" | HU 1458 |
| 149 | | | Email dated April 14, 2008 re "Re: update" | HU 1459 |
| 150 | | | Email dated April 8, 2008 re "Update" | HU 1460 |
| 151 | | | Email dated April 1, 2008 re ?? | HU 1461 |
| 152 | | | Email dated March 25, 2008 re "wiring update" | HU 1462 |
| 153 | | | Email dated March 19, 2008 re "acc information" | HU 1464 |
| 154 | | | Email dated March 17, 2008 re "Re: Account Information" | HU 1465 |
| 155 | | | Email dated March 16, 2008 re "Re: meeting in Taipei" | HU 1466 - HU 1468 |
| 156 | | | Email dated March 6, 2008 re "Investment" | HU 1469 |
| 157 | | | Email dated March 5, 2008 re "redemption and wiring" | HU 1470 |
| 158 | | | Email dated March 3, 2008 re "Meeting in Taipei" | HU 1471 |
| 159 | | | Email dated February 29, 2008 re "RE: Your response" | HU 1472 - HU 1473 |
| 160 | | | Email dated February 27, 2008 re "RE: Your response" | HU 1474 |
| 161 | | | Email dated February 25, 2008 re "Re: Wiring" | HU 1475 |
| 162 | | | Email dated February 18, 2008 re "Meeting on Feb. 22" | HU 1476 - HU 1477 |
| 163 | | | Email dated February 17, 2008 re "Re: FW: My schedule" | HU 1478 |

| Exhibit Number | Date Marked | Date Admitted | Description | Bates Range |
|---|---|---|---|---|
| 164 | | | Email dated February 14, 2008 re "Re: FW: Calling you" | HU 1479 |
| 165 | | | Email dated February 5, 2008 re "wiring status" | HU 1480 |
| 166 | | | Email dated February 1, 2008 re "RE: Wiring schedule (Joe)" | HU 1481 - HU 1483 |
| 167 | | | Email dated January 25, 2008 re "Wiring Schedule" | HU 1484 |
| 168 | | | Email dated January 2, 2008 re "RE: Update on Konarka Q4 2007" | HU 1485 - HU 1487 |
| 169 | | | Email dated December 25, 2007 re "Re: wiring" | HU 1491 |
| 170 | | | Email dated February 22, 2008 re "Re: Meeting tomorrow" | HU 1492 |
| 171 | | | Email dated December 19, 2007 re "Re: EAM INTERNATIONAL . . ." | HU 1498 - HU 1502 |
| 172 | | | Email dated December 19, 2007 re "Re: EAM INTERNATIONAL . . ." | HU 1503 - HU 1506 |
| 173 | | | Email dated December 15, 2007 re "Wirings" | HU 1507 |
| 174 | | | Email dated December 10, 2007 re "RE: FW: Official Close Account . . ." | HU 1508 - HU 1509 |
| 175 | | | Email dated December 4, 2007 re "FW: You call" | HU 1510 |
| 176 | | | Email dated November 19, 2007 re "Update on Asenqua" | HU 1512 |
| 177 | | | Email dated March 18, 2007 re "Thanks for the email" | HU 1514 |
| 178 | | | Email dated March 3, 2007 re "RE: update" | HU 1515 - HU 1518 |
| 179 | | | Yahoo email account/subscriber information for account: jye@yahoo.com | TBD |
| 180 | | | Email dated February 7, 2007 re "RE: update" | HU 1523 |
| 181 | | | Email dated February 6, 2007 re "RE: Meeting in Taipei" | HU 1524 - HU 1525 |
| 182 | | | Email dated February 2, 2007 re "update" | HU 1528 |
| 183 | | | Email dated January 8, 2007 re "RE: Wiring" | HU 1531 |
| 184 | | | Email dated December 22, 2006 re "RE: Joe's investment" | HU 1535 - HU 1536 |

| Exhibit Number | Date Marked | Date Admitted | Description | Bates Range |
|---|---|---|---|---|
| 185 | | | Email dated November 24, 2006 re "RE: Change of email contact" | HU 1537- HU 1538 |
| 186 | | | Merrill Lynch<br>Check Payable to Asenqua<br>from Hong Lu<br>$250,000<br>August 3, 2001 | HU 1596A |
| 187 | | | Asenqua Alpha Fund<br>Receipt for $250,000<br>Hong Lu<br>August 2, 2001 | HU 1597 |
| 188 | | | Asenqua Alpha Fund<br>Shares Purchase Form<br>Hong Lu<br>August 3, 2001 | HU 1598 |
| 189 | | | AsenQua Alpha Fund<br>Account Statement<br>Hong Lu<br>July 1, 2002 | HU 1599A |
| 190 | | | AsenQua Alpha Fund<br>Account Statement with Cover Letter<br>Hong Lu<br>December 31, 2001 | HU 1600A - HU 1602A |
| 191 | | | AsenQua Alpha Fund<br>Account Statement<br>Hong Lu<br>September 30, 2002 | HU 1603A |
| 192 | | | Letter from Anthony Pollace to Hong Lu, dated March 27, 2003 | HU 1604 |
| 193 | | | Letter from Albert Hu to Hong Lu, dated March 28, 2003 | HU 1605 - HU 1606 |
| 194 | | | AsenQua Alpha Fund<br>Account Statement<br>Hong Lu<br>July 1, 2002 | HU 1607A; HU 1608 - HU 1611 |
| 195 | | | Asenqua Alpha Fund<br>Prospectus<br>July 16, 2001 | HU 1612 - HU 1616 |
| 196 | | | Asenqua Partners and Staff | HU 1621 - HU 1624 |
| 197 | | | AsenQua Alpha Fund<br>Account Statement<br>Hong Lu<br>December 31, 2002 | HU 1625A - HU 1626A |

| Exhibit Number | Date Marked | Date Admitted | Description | Bates Range |
|---|---|---|---|---|
| 198 | | | Asenqua Alpha Fund<br>Prospectus<br>July 16, 2001 | HU 1627 - HU 1633 |
| 199 | | | AsenQua Alpha Fund<br>Account Statement<br>Hong Lu<br>June 30, 2003 | HU 1634A - HU 1635A |
| 200 | | | "Profits from Rationality"<br>PowerPoint Slides<br>March 2002 | HU 1636A - HU 1659A |
| 201 | | | Fax from Asenqua Ventures Management to Chris Danielan, dated February 9, 2006 | HU 1663 - HU 1666 |
| 202 | | | Asenqua Ventures Members Fund, L.P.<br>Limited Partnership Agreement<br>Chris Danielan | HU 1667 - HU 1686 |
| 203 | | | Email dated October 6, 2008 re "Re: Redemptions of Fireside . . . " | HU 1691 - HU 1693 |
| 204 | | | Email dated April 2, 2009 re "Konarka Investment + Asenqua Ventures" | HU 1694 - HU 1698 |
| 205 | | | Email dated March 28, 2006 re "RE: Investment" | HU 1700 |
| 206 | | | Email dated June 20, 2006 re "RE: indication" | HU 1701 |
| 207 | | | Email dated June 20, 2006 re "RE: long time. . ." | HU 1702 - HU 1703 |
| 208 | | | Email dated June 20, 2006 re "Konarka" | HU 1704 |
| 209 | | | Email dated June 20, 2006 re "Konarka" | HU 1705 - HU 1707 |
| 210 | | | Email dated May 24, 2007 re "RE: Asenqua Ventures Members Fund . . ." | HU 1714 |
| 211 | | | Email dated May 24, 2007 re "RE: some comments" | HU 1715 - HU 1716 |
| 212 | | | Email dated May 24, 2007 re "RE: some comments" | HU 1717 - HU 1719 |
| 213 | | | Email dated December 11, 2008 re "RE: konarka" | HU 1723 - HU 1724 |
| 214 | | | Email dated February 5, 2006 re "RE: Just sent two emails to you" | HU 1727 |
| 215 | | | Email dated February 7, 2006 re "PPM and LP Agreement" | HU 1735 |

| Exhibit Number | Date Marked | Date Admitted | Description | Bates Range |
|---|---|---|---|---|
| 216 | | | Email dated February 9, 2006 re "RE: PPM and LP Agreement" | HU 1737 - HU 1741 |
| 217 | | | Email dated February 8, 2006 re "RE: PPM and LP Agreement | HU 1742 - HU 1745 |
| 218 | | | Email dated February 16, 2006 re "Receipt" | HU 1747 |
| 219 | | | AQC<br>Advanced Protection Bond Fund<br>PowerPoint Slides<br>Chris Danielian | HU 1755A - HU 1781A |
| 219A | | | Asenqua Capital Group<br>PowerPoint Slides<br>August 2006 | HU 1782A - HU 1814A |
| 220 | | | Credit Suisse Singapore Fireside Capital Management Account Statements/Transactions | HU 1901A - HU 1964A;<br>HU 2629A - HU 2658A;<br>HU 2660- HU 2666 |
| 221 | | | Credit Suisse Singapore Cambridge Vision Management Account Statements/Transactions | HU 1965A - HU 2628A;<br>HU 2671 - HU 2712 |
| 222 | | | Email dated June 20, 2007 re "RE: please confirm wire in" | HU 2659 |
| 223 | | | Credit Suisse Singapore<br>AQC Asset Management<br>Account Documents | HU 2713 - HU 2748 |
| 224 | | | Credit Suisse Singapore<br>Fireside Capital Management<br>Account Documents | HU 2749 - HU 2788 |
| 225 | | | Credit Suisse Singapore<br>Cambridge Vision Management<br>Account Documents | HU 2789 - HU 2803;<br>HU 2894 - HU 2895 |
| 226 | | | Credit Suisse Singapore<br>Fireside Capital Management<br>Account Opening/Closing Documents | HU 2804A - HU 2892A;<br>HU 2893 |
| 227 | | | Credit Suisse Singapore<br>Fireside Capital Management<br>Account Documents<br>May 2006 - December 2006;<br>January 2007 – December 2007;<br>January 2008 – November 2008 | HU 2896A - HU 3610A |
| 228 | | | Credit Suisse Singapore Fireside Capital Management Statement of Investments November 2005 – November 2008 | HU 3611A - HU 3980A;<br>HU 3981- HU 3997 |

| Exhibit Number | Date Marked | Date Admitted | Description | Bates Range |
|---|---|---|---|---|
| 229 | | | Credit Suisse Singapore Cambridge Vision Management Statement of Investments March 2006 through November 2008 | HU 3998A - HU 4274A; HU 4275- HU 4329 |
| 230 | | | Credit Suisse Singapore Fireside Capital Management Account Activity Documents December 2005 - December 2008 | HU 4330A - HU 4645A; HU 4646- HU 4667 |
| 231 | | | Credit Suisse Singapore Cambridge Vision Management Account Opening/Closing Documents | HU 4668 - HU 4782 |
| 232 | | | Credit Suisse Singapore Fireside Capital Management Account Activity Documents | HU 4784 - HU 4921 |
| 233 | | | Credit Suisse Singapore Cambridge Vision Management Account Activity Documents June 2006 - November 2007 | HU 4923 - HU 4974 |
| 234 | | | Credit Suisse Singapore AQC Asset Management Records | HU 4975A - HU 5084A; HU 5085- HU 5088; HU 5089A- HU 5094A |
| 235 | | | Bank of Sarasin-Rabo AQC Asset Management Documents | HU 5095A - HU 5275A |
| 236 | | | Wells Fargo Bank Asenqua Account Documents | HU 5277 - HU 5283; HU 5284A; HU 5285- HU 5478; HU 5640 - HU 5648 |
| 237 | | | Wells Fargo Bank Poupak Danesh Account Documents | HU 5479 - HU 5560; HU 5649 - HU 5849; HU 6385 - HU 6556 |
| 238 | | | Wells Fargo Bank Albert Hu Account Documents | HU 5561 - HU 5632; HU 5636 - HU 5639; HU 5850 - HU 6384 |
| 239 | | | Chinatrust Bank Sure Joyce Enterprises Account Documents | HU 6584A - HU 6669A |
| 240 | | | HSBC Bank Yili Lu Account Documents | HU 6704A - HU 6774A; HU 6806 - 7019 |
| 241 | | | Washington Mutual Albert Hu Account Documents | HU 7650 - HU 7684; |

| Exhibit Number | Date Marked | Date Admitted | Description | Bates Range |
|---|---|---|---|---|
| 242 | | | US Bank<br>Fireside Capital Management<br>Account Statements | HU 7686 - HU 7864;<br>HU 7865 - HU 8441 |
| 243 | | | US Bank Poupak<br>Danesh Account<br>Documents | HU 8442 - HU 8501;<br>HU 8571 - HU 8603 |
| 244 | | | US Bank<br>Steve Bond<br>Account Documents | HU 8502 - HU 8570 |
| 245 | | | Bank of America<br>Asenqua<br>Account Documents | HU 8605 - 8791;<br>HU 13937 - HU 13996 |
| 246 | | | Bank of America<br>RPMG Anox<br>Account Documents | HU 8791 - 8845 |
| 247 | | | First Republic Bank<br>Asenqua Ventures<br>Account Documents | HU 8846 - 8880 |
| 248 | | | First Republic Bank<br>Asenqua Members Fund<br>Account Documents | HU 8881 - HU 8916;<br>HU 8962 - HU 8963 |
| 249 | | | First Republic Bank<br>Asenqua Spring Fund<br>Account Documents | HU 8917 - HU 8931;<br>HU 8960 -HU 8961 |
| 250 | | | First Republic Bank<br>Asenqua Partners LLC<br>Account Documents | HU 8932 - HU 8946;<br>HU 8958 - HU 8959 |
| 251 | | | First Republic Bank<br>Asenqua Ventures Management LLC<br>Account Documents | HU 8947 - HU 8957;<br>HU 8964 - HU 9036 |
| 252 | | | US Bank Fireside Research Inc.<br>Account Documents | HU 10164 - HU 10170;<br>HU 12202 - HU 13097 |
| 253 | | | Verdiell calendar entries | HU 10171 - HU 10181 |
| 254 | | | Sean Verah Documents re: Albert Hu | HU 10399 - HU 10489 |
| 255 | | | AQC/Asenqua Documents Produced by Linda Danesh | HU 10734 - HU 10822 |
| 256 | | | American Airlines Travel Records for Albert Hu | HU 13822 – HU 13829 |
| 257 | | | JP Morgan Chase Bank<br>Asenqua Ventures Management LLC<br>Account ending x3083 | HU 13852 - HU 13936 |

| Exhibit Number | Date Marked | Date Admitted | Description | Bates Range |
|---|---|---|---|---|
| 258 | | | Airline Flight Records Albert Hu | HU 13997 - HU 14068 |
| 259 | | | Asenqua Documents Andy Yan | HU 14077 - HU 14081 |
| 260 | | | California DMV Anthony Pollace Records | HU 14801 |
| 261 | | | California EDD Castillo, Lyn, Cohen & Vijay | TBD |
| 262 | | | California Board of Accountancy Castillo, Lyn, Cohen & Vijay | TBD |
| 263-275 | | | Demonstrative Charts re: Financial Analysis | TBD |
| 276 | | | Sinopac Bank Documents | HU 6557- HU 6583 HU 6670- HU 6703 |
| 277 | | | American Bank Records Steve Bond | HU 9037 – HU 10059 |
| 278 | | | Washington Mutual Records Asenqua | HU 7570 – HU 7649 |
| 279 | | | Seiler LLP Documents Lynne Born | HU 14712 – HU 14770 |
| 280 | | | HQ Global Invoice to Castillo, Lin 11/17/2004 | HU 14884 – HU 14887 |
| 281 | | | HQ Global Invoice to Castillo, Lin 6/14/2007 | HU 14888 – HU 14891 |
| 282 | | | Email from Bob Lin to Jean- Marc Verdiell, dated 11/28/2007 | MV-AH000137 |
| 283 | | | Jean-Marc Verdiell handwritten calendar entry, dated 3/19/2007 | MV-AH000310-311 |
| 284 | | | Jean-Marc Verdiell Outlook calendar entry, dated March 19, 2007 | MV-AH000312 |
| 285 | | | Jean-Marc Verdiell Outlook calendar entry, dated March 22, 2007 | MV-AH000313 |
| 286 | | | Jean-Marc Verdiell Outlook calendar entry, dated April 3, 2007 | MV-AH000314 |
| 287 | | | Jean-Marc Verdiell Outlook calendar entry, dated April 13, 2007 | MV-AH000315 |
| 288 | | | Jean-Marc Verdiell handwritten calendar entry, dated December 12, 2007 | MV-AH000316 |
| 289 | | | Jean-Marc Verdiell Outlook calendar entry, dated December 12, 2007 | MV-AH000317 |
| 290 | | | Email from Albert Hu to Jean-Marc Verdiell, dated July 16, 2008 | MV-AH000263-266 |
| 291 | | | Email from Albert Hu to Jean-Marc Verdiell, dated August 18, 2008 | MV-AH000283-284 |

U.S. Third Amended Exhibit List
U.S. v. Albert Ke-Jung Hu, CR 09-00487 (RMW)