**FILED**

JUN 2 0 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALBERT KE-JENG HU,<br><br>Defendant. | Case No. CR-09-00487-RMW<br><br>VERDICT FORM<br>[Corrected] |

We, the members of the jury in the above-entitled action, find the defendant, Albert Ke-Jeng Hu:

**COUNT ONE:**

1.    _Guilty_ of the charge of wire fraud with respect to an interstate
      (Guilty/Not Guilty)

wire transfer of $100,000 sent by or on the behalf of Mr. Lin on or about February 8, 2005, and described in instruction 13.

**COUNT TWO:**

2.    _Guilty_ of the charge of wire fraud with respect to an interstate
      (Guilty/Not Guilty)

wire transfer of $100,000 sent by or on the behalf of Mr. Lin on or about February 23, 2005, and described in instruction 13.

Case No. CR-09-00487-RMW - Verdict Form

**COUNT THREE:**

3.   _____Guilty_____ of the charge of wire fraud with respect to an interstate
(Guilty/Not Guilty)

wire transfer of $250,000 sent by or on the behalf of Mr. Lin on or about July 6, 2005, and described
in instruction 13.

**COUNT FOUR:**

4.   _____Guilty_____ of the charge of wire fraud with respect to an interstate wire
(Guilty/Not Guilty)

communication directing that a $2,000,000 wire transfer be sent by or on the behalf of Mr. Verdiell
on or about April 27, 2007, and described in instruction 13.

**COUNT FIVE:**

5.   _____Guilty_____ of the charge of wire fraud with respect to an international
(Guilty/Not Guilty)

wire transfer of $2,000,000 sent by or on the behalf of Mr. Verdiell on or about April 30, 2007, and
described in instruction 13.

**COUNT SIX:**

6.   _____Guilty_____ of the charge of wire fraud with respect to an interstate wire
(Guilty/Not Guilty)

communication directing that a $250,000 wire transfer be sent by or on the behalf of Mr. Lin on or
about June 19, 2007, and described in instruction 13.

**COUNT SEVEN:**

7.   _____Guilty_____ of the charge of wire fraud with respect to an international
(Guilty/Not Guilty)

wire transfer of $250,000 sent by or on the behalf of Mr. Lin on or about June 19, 2007, and
described in instruction 13.

DATED:   _____6/20/12_____

_____
FOREPERSON

Case No. CR-09-00487-RMW - Verdict Form

1  FILED on ___6/20/12___ , at ___4___ o'clock and _21_ minutes _P_.m.

2

3                              BY: _____

4                                   COURTROOM DEPUTY CLERK

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  Case No. CR-09-00487-RMW - Verdict Form