IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

U.S.A.,

    Plaintiff,

    v.

ALBERT KE-JENG HU,

    Defendant.

*E-FILED*

CASE NO. C-09-00487-RMW

**JURY NOTES**

Foreperson: Paul Kempen

Schedule:

break → 2 PM

deliberate 2-5 PM

start 9:1M Thurs

Lunch 12-1 PM

deliberate 1-5 PM

*[signature]*

Count seven

should read

on behalf of Mr Lin

Paul Kempf