| | |
|---|---|
| 1 | JERRY Y. FONG, ESQ. (SBN 99673) |
| | THE LAW OFFICES OF JERRY FONG |
| 2 | 706 COWPER STREET;  SUITE 203 |
| | PALO ALTO, CA  94301 |
| 3 | 650/322-6123 |
| | 650/322-6779 fax |
| 4 | jf@jerryfong.com |

Attorneys for Defendant ALBERT KEJENG HU

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.   CR 09-00487 RMW |
| | ) | |
| Plaintiff, | ) | STIPULATION OF THE PARTIES TO |
| | ) | REQUEST A CONTINUANCE OF |
| vs. | ) | THE SENTENCING HEARING & |
| | ) | [] ORDER RE SAME. |
| ALBERT KEJENG HU, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Plaintiff United States of America and Defendant Albert Hu, through their respective counsel, hereby enter into the following stipulation, to request that the Court continue the sentencing hearing of this case, from September 10, 2012, to November 26, 2012, at 9:00 a.m.

Specifically, Defendant's counsel, Jerry Y. Fong, is requesting this continuance because he needs additional time to properly prepare for the sentencing hearing, particularly as to the calculation of the amount of loss, which will be a contested issue.  Mr. Hu and his counsel have been attempting to investigate certain issues relating to the loss calculation and will need the additional time.  Accordingly, the parties are jointly requesting that the Court continue the sentencing hearing  from September 10, 2012, to November 26, 2012, at 9:00

1   a.m. The Probation Officer is aware of this proposal and does not object.

2      It is so stipulated.

5   DATED: August 28, 2012           /S/
                                         by JERRY Y. FONG, Attorney for
6                                          Defendant ALBERT KEJENG HU

9   DATED: August 28, 2012           /S/
                                          by JOSEPH FAZIOLI/TIMOTHY LUCEY,
10                                          Attorneys for Plaintiff UNITED STATES OF AMERICA

## ORDER

Pursuant to the parties' stipulation and good cause appearing herein, it is hereby ordered that the Sentencing Hearing scheduled on September 10, 2012, shall be continued to November 26, 2012, at 9:00 a.m. It is so ordered.

DATED: J̶D̶F̶G̶                                                     Ronald M. Whyte
                                                      JUDGE OF THE UNITED STATES DISTRICT COURT