*E-FILED *

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte  **REPORTER:** Summer Fisher

**DATE:** January 14, 2013  **TIME:** 9:00 am  *(Time: 2 hrs. & 25 mins.)*

**CRIMINAL NO.:** CR-09-00487-RMW

**TITLE:** UNITED STATES OF AMERICA  -v- ALBERT KE-JENG HU   (P) (C)
    **APPEARANCES:**

**PLTF:** AUSA: J. Fazioli & T. Lucey  **DEFT:** J. Fong
    Probation Officer: K. Mar

**COURT ACTION:** SENTENCING HEARING

Hearing Held.  The Court determined that there is no need for an evidentiary hearing.  The Court heard from one of the victims.  The Court sentenced the defendant to the custody of the B.O.P. for a period of 144 months.  This term consist of 144 months on Counts 1 through 7, all such terms to run concurrently.  Upon release from custody, the defendant shall be placed on supervised release for a period of 3 years.  This terms consist of 3 years on Counts 1 through 7, all terms to run concurrently.  The Court will hold a hearing to determine restitution on 3/18/13 @ 9:00 AM.  The defendant is ordered to pay a special assessment in the amount of $700.00, which shall be due immediately.  The Court did not impose a fine.  See Judgment for specifics.

        */s/ Jackie Garcia*
           **JACKIE GARCIA**
        **Courtroom Deputy**