JERRY Y. FONG, ESQ. (SBN 99673)
THE LAW OFFICE OF JERRY FONG
706 COWPER STREET;   SUITE 203
PALO ALTO, CA  94301
650/322-6123
650/322-6779 fax
jf@jerryfong.com

Attorney for Defendant ALBERT KEJENG HU

**Filed**

JAN 24 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Fee Waived

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>ALBERT KEJENG HU,<br><br>          Defendant. | CASE NO.   CR 09-00487 RMW<br><br>DEFENDANT ALBERT HU'S NOTICE OF APPEAL OF JUDGMENT AND SENTENCE IMPOSED. |

Defendant Albert Hu hereby files his Notice of Appeal, appealing all aspects, orders, rulings, jury verdict, judgment, and sentence imposed. Mr. Hu was sentenced on January 14, 2013 (with a further hearing scheduled for the determination of restitution).  Mr. Hu is represented by CJA counsel.

DATED:    January 24, 2013          Respectfully submitted,

                                                                    /s/
                                                              JERRY Y. FONG, Attorney for Defendant
                                                              ALBERT HU

DEF. HU'S NOTICE OF APPEAL