UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

**CASE INFORMATION:**
Short Case Title: **US -v- Albert Kejeng Hu**
Court of Appeals No. _____
U.S. District Court, Division & Judge Name: **NDCA, San Jose Division, Judge Ronald M. Whyte**
Criminal and/or Civil Case No.: **CR-09-00487-RMW**
Date Complaint/Indictment/Petition Filed: **01/26/09**
Date Appealed order/judgment *entered* **JCC not filed to date, but sentenced on 1/14/13**
Date NOA **1/24/13**
Date(s) of Indictment **5/6/09** Jury Verdict **6/20/12** Sentencing **1/14/13**

COA Status (check one):  ☐ granted in full (attach order)     ☐ denied in full (send record)

☐ granted in part (attach order)     ☐ pending

Court Reporter(s) Name & Phone Number: **Summer Fisher  408.288.6150**

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: _____Waived_____          Date Docket Fee Billed:
Date FP granted:                                    Date FP denied:
Is FP pending? ☐ yes  ☐ no                         Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (please include email address)
Appellant Counsel:                      Appellee Counsel:
**Jerry Y. Fong**                       **Joseph A. Fazioli**
706 Cowper Street, Suite 203            US Attorney's Office
Palo Alto, CA 94301                     150 South Almaden Blvd., Suite 900
Tel: 650.322.6123                       San Jose, CA 95113
Fax:650.322.6779                        408.535.5595

☐ retained  ☒ CJA  ☐ FPD  ☐ Pro Se  ☐ Other  *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                            Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
**Date Fees Paid:**                     9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: **Cita Escolano**
408.535.5391 1/25/13