MELINDA L. HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JOSEPH FAZIOLI (CABN 275564)
TIMOTHY LUCEY (CABN 172332)
Assistant United States Attorneys

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5595/5054
   Facsimile: (408) 535-5066
   joseph.fazioli@usdoj.gov
   timothy.lucey@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 09-00487 RMW |
| --- | --- | --- |
| Plaintiff, | ) ) | **STIPULATION AND []** |
| v. | ) ) | **ORDER TO CONTINUE RESTITUTION HEARING** |
| ALBERT KE-JUNG HU, | ) ) | |
| Defendant. | ) ) | |

     WHEREAS, the defendant ALBERT KE-JUNG HU is scheduled to appear before this Court on Monday, March 18, 2013, for a hearing on restitution in the above-entitled action;

     WHEREAS, both counsel for the United States are likely to be unavailable on March 18, 2013, as AUSA Fazioli is currently in a trial in another matter in the San Jose Division of this District that is expected to continue through the week of March 18, 2013, and AUSA Lucey will likely be required to be in the San Francisco courthouse of this District for the initial appearance on another matter on March 18, 2013;

     WHEREAS, the parties have determined that there is a need for a continuance in order to permit continuity of counsel;

**STIPULATION AND [] ORDER**
 CR 09-00487 RMW

1  WHEREAS, the parties have conferred and determined that Monday, April 15, 2013, at
2  9:00 a.m., is an available and agreeable date for the Court's calendar and the calendar of all
3  counsel;
4  THEREFORE, the parties jointly request and stipulate that the sentencing in this matter
5  be continued until **Monday, April 15, 2013, at 9:00 a.m.**  As this matter relates to the
6  defendant's cooperation, the parties jointly request that it be filed and maintained under seal,
7  except that copies may be provided to counsel for each party.

**IT IS SO STIPULATED:**

DATED:___3/8/2013_____       _____/s/_____
                              JERRY FONG
                              Attorney for ALBERT KE-JUNG HU

DATED:___3/8/2013_____       _____/s/_____
                              TIMOTHY J. LUCEY
                              Assistant United States Attorney

**IT IS SO ORDERED.**
DATED:_____        *Ronald M. Whyte*
                              **HON. RONALD M. WHYTE**
                              **United States District Judge**

**STIPULATION AND [] ORDER**
 **CR 09-00487 RMW**                2