1  JERRY Y. FONG, ESQ. (SBN 99673)
   THE LAW OFFICE OF JERRY FONG
2  706 COWPER STREET;   SUITE 203       E-FILED ON 6/7/2013
   PALO ALTO, CA  94301
3  650/322-6123
   650/322-6779 fax
4  jf@jerryfong.com

5  Attorney for Defendant ALBERT KEJENG HU

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11

12

13  UNITED STATES OF AMERICA,        )    CASE NO.   CR 09-00487 RMW (PSG)
                                     )
14        Plaintiff,                 )    STIPULATION BY THE PARTIES TO
                                     )    JOINTLY REQUEST THAT THE
15  vs.                              )    RESTITUTION HEARING BE
                                     )    CONTINUED TO JULY 8, 2013, AND
16  ALBERT KEJENG HU,                )    THAT THE US MARSHAL KEEP
                                     )    DEF. ALBERT HU AT THE LOCAL
17        Defendant.                 )    JAIL OR WITHIN THE BAY AREA
                                     )    UNTIL THE JULY 8 HEARING &
18  ─────────────────────────────────     [] ORDER RE SAME.

19

20        Plaintiff, the United States of America, and Defendant, Albert Hu, hereby stipulate

21  to jointly request that the Court continue the restitution hearing for this case, from June 10,

22  2013, to July 8, 2013.  Furthermore, the parties jointly request that the Court issue an order

23  for the United States Marshal to keep Mr. Hu in custody at the Santa Clara County Main Jail

24  in San Jose, CA (or any other suitable detention facility in the Bay Area) until the completion

25  of his appearance at the restitution hearing on July 8, 2013.

26        Currently, the restitution hearing of this case is scheduled on June 10, 2013, at 9:00

27  a.m., before the Honorable Ronald M. Whyte, Judge of the United States District Court for

28  the Northern District of California, San Jose Division.  On June 4, 2013, counsel for Mr. Hu,

1 Attorney Jerry Fong, learned that the US Marshal's Office has transported Mr. Hu from his
2 present place of incarceration (at the Federal Correctional Facility at Lompoc, California),
3 with the final intended designation of San Jose, in order for Mr. Hu to attend the restitution
4 hearing set on June 10.  Mr. Fong also learned that the Marshal's Office's best estimate is
5 that Mr. Hu will not arrive in San Jose in time for the June 10 restitution hearing and that Mr.
6 Hu will likely not arrive in San Joses until sometime late next week, after June 10.

7      For this reason, the parties jointly request that the Court continue the restitution
8 hearing from June 10, 2013 to July 8, 2013, at 9:00 a.m., the first mutually available date for
9 the parties and the Court.

10      Furthermore, to ensure that Mr. Hu will be physically available to appear before the
11 Court at the restitution hearing, the parties jointly request that the Court order that the US
12 Marshal's Office keep Mr. Hu, temporarily, in a detention facility in San Jose (or in the Bay
13 Area) once he arrives from the transportation from Lompoc, until after the completion of the
14 July 10, 2013 hearing.

15      The July 8, 2013 date proposed by the parties is outside the 90 day limit for the
16 determination of restitution under 18 U.S.C. §3664 (d)(5).   However, the parties both
17 acknowledge that the time frame set forth by 18 U.S.C. §3664 (d)(5) is procedural and not
18 jurisdictional, that the time frame was established for the benefit of potential victims and not
19 for the benefit of the defendant, and that the District Court has the power to impose a
20 restitution award more than 90 days after sentencing. *See, e.g.*,  Dolan v. US, 130 S.Ct. 2533
21 (2010); US v. Moreland, 622 F.3d 1147, 1172 (9th Cir. 2010).

22      In addition, on behalf of Defendant Albert Hu, his counsel, Jerry Fong, hereby
23 stipulates that a continuance of the restitution hearing beyond the 90 day deadline is
24 appropriate and necessary and that he agrees, on behalf of Albert Hu, that Mr. Hu will not
25 raise any challenges to the restitution order based on the hearing being conducted beyond the
26 90 day deadline imposed by 18 U.S.C. §3664 (d)(5).

27      It is so stipulated by the parties.

28

1

2

3

4

DATED:        June 04, 2013,

5                                                     _____
                                                    by JERRY Y. FONG, Attorney for
6                                                    Defendant ALBERT HU

7

8  DATED:        June 04, 2013,

                                                    _____
9                                                    by TIMOTHY LUCEY, Assistant United
                                                    States Attorney

10

11

12                                    [] ORDER_____

13        Pursuant to the parties' stipulation and good cause appearing herein, it is hereby

14  ordered that the restitution hearing shall be continued from June 10, 2013, to July 8, 2013,

15  at 9:00 a.m.

16        Furthermore, it is further ordered that the United States Marshal's Office shall

17  maintain Albert Hu in custody, until the completion of the July 8, 2013 restitution hearing,

18  at a detention facility in San Jose or at another suitable facility located in the Bay Area so that

19  he will be available to attend the July 8, 2013 hearing.  After the completion of the hearing

20  on July 8, 2013, the Marshal's Office may return Mr. Hu to the detention facility designated

21  by the Bureau of Prison.

22        It is so ordered.

23

24  DATED:  Î Ð ÐH                          _____
                                                    JUDGE OF THE UNITED STATES
25                                                   DISTRICT COURT

26

27

28