UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ALBERT KE-JENG HU,<br><br>    Defendant. | Case No. CR-09-00487-RMW<br><br>**ORDER AMENDING RESTITUTION ORDER** |

    On August 26, 2013, the court issued an order of restitution. Dkt. No. 157. Three days later, the court ordered another hearing to determine whether the restitution award, should be corrected to include the $570,000 lost by Hwa-Fu Chen. Dkt. No. 159. Hwa-Fu Chen was originally excluded from the restitution award because the government believed that Hwa-Fu Chen had not filed a victim-impact statement. Shortly after the original hearing, the government realized he had filed a victim-impact statement and requested that the court amend its restitution order.

    Given that the victim-impact statement had previously been filed, the court finds it appropriate to amend the restitution order to include $570,000 for Hwa-Fu Chen. Therefore, the

ORDER AMENDING RESTITUTION
Case No. CR-09-00487-RMW
SW
- 1 -

1   court vacates its prior restitution order and orders defendant Hu to pay a total of $5,143,095[1] in

2   restitution to each of the following in the following specified amounts:

3       Andy Yan: $63,133

4       Yu-Mei Doong: $830,000

5       Marc Verdiell: $2,000,000

6       Fuyuan Lin aka Bob Lin: $1,000,000

7       Zhou Ye aka Joe Ye: $300,000

8       Grace Doong: $379,962

9       Hwa-Fu Chen: $570,000

12  Dated: September 27, 2013

    *Ronald M. Whyte*
    RONALD M. WHYTE
    United States District Judge

---

[1] Page 6 of the court's prior restitution order, Dkt. No. 157, mistakenly stated that the total restitution was $5,383,095. The total should have been $4,573,095, which is the total of the individual restitution amounts stated in the order.

ORDER AMENDING RESTITUTION
Case No. CR-09-00487-RMW
SW
    - 2 -

United States District Court
For the Northern District of California